ORIGINAL

FILED
FEB 14 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CANAL 66 PARTNERSHIP**
**d/b/a DOUBLETREE HOTEL**

**Plaintiff,**

**v.**

**Case No.:** 08-88 C

**UNITED STATES OF AMERICA**

**Defendant.**

**RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff Canal Partnership d/b/a Doubletree Hotel ("Doubletree Hotel") certifies as follows:

1. Doubletree Hotel does not have a parent corporation.
2. No publicly-traded company owns more than ten percent (10%) of Doubletree Hotel.
3. None of Doubletree Hotel's partners have a parent corporation.
4. None of Doubletree Hotel's partners are owned by a publicly-traded company that owns more than ten percent (10%) of it.

Dated: February 13, 2008

Respectfully submitted,

JAMES M. GARNER (Of Record)
JOSHUA S. FORCE (Of Counsel)
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR CANAL 66 PARTNERSHIP**
**d/b/a DOUBLETREE HOTEL**