# In the United States Court of Federal Claims

**No. 08-88C ADR Pilot**

**(Filed March 13, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**CANAL 66 PARTNERSHIP d/a/a,** *
**DOUBLETREE HOTEL,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A telephonic conference concerning scheduling of ADR proceedings will be held Wednesday, March 19, 2008 at 2:30 p.m. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

**cc: Judge Mary Ellen Coster Williams**