# In the United States Court of Federal Claims

**No. 08-88C ADR Pilot**

**(Filed March 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**CANAL 66 PARTNERSHIP d/a/a, DOUBLETREE HOTEL,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to a telephonic conference held on March 19, 2008, the parties are directed to file a joint status report by Friday, April 18, 2008, indicating their availability to participate in, and potential dates for, an early neutral evaluation in this matter, in accordance with General Order No. 44 of the United States Court of Federal Claims.

In addition, the parties shall agree on the location of the early neutral evaluation. Upon the issuance of an order scheduling the early neutral evaluation meeting with the parties, they shall execute and submit to the ADR Judge an ADR Confidentiality Agreement, a sample of which can be found in the Forms section of the Court's Rules.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

**cc: Judge Mary Ellen Coster Williams**