IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANAL 66 PARTNERSHIP d/b/a<br>DOUBLETREE HOTEL , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-88C |
| v. | ) | |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including May 29, 2008, to file a response to the complaint. Our response is currently due on April 14, 2008. This is defendant's first request for an enlargement of time for this purpose. We are unaware of plaintiff's position on this motion for enlargement.

Plaintiff filed its complaint on February 14, 2008, however the case was not assigned to counsel of record until March 11, 2008. Furthermore, agency counsel did not receive notice of the complaint until March 28, 2008. The enlargement is requested because counsel of record for defendant has not received the administrative record or litigation report from the interested agency, the Federal Emergency Management Agency ("FEMA"), as required by 28 U.S.C. § 520. Agency counsel has informed counsel of record that it will take approximately four (4) weeks to assemble the administrative record and draft the litigation report, which would result in the documents arriving on or about May 12, 2008. During this time period, counsel of record will be representing the United States in the bid protest of Klinge v. United States, No. 08-134C. Thus, the enlargement is necessary to allow sufficient time for agency counsel to prepare the

administrative record and litigation report and for counsel of record to review these documents and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 45 days, to and including May 29, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-0041
Fax: (202) 514-8624

April 14, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 14th day of April, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek