# In the United States Court of Federal Claims

**No. 08-88C**
**(Filed: April 15, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **CANAL 66 PARTNERSHIP d/b/a** | * |
| **DOUBLETREE HOTEL,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

On April 14, 2008, Defendant filed a motion for an enlargement of time of 45 days, to and including **May 29, 2008**, within which to file its response to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**