**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CANAL 66 PARTNERSHIP**
**d/b/a DOUBLETREE HOTEL**

**Case No: 08-88 C ADR Pilot**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA**

**Defendant.**

**PLAINTIFF'S STATUS REPORT**

Plaintiff, CANAL 66 PARTNERSHIP D/B/A DOUBLETREE HOTEL ("Plaintiff"), submits this Status Report pursuant to the March 19, 2008 Order issued by the Honorable Bohdan A. Futey. For the reasons stated below, Plaintiff submits this report on its own behalf and not as a joint report as contemplated by the March 19, 2008 Order.

As Plaintiff informed Judge Futey and counsel for the United States during the March 19, 2008 telephone conference, it agrees to participate in the Court's ADR program in accordance with General Order No. 44 of the United States Court of Federal Claims. On April 17, 2008, Plaintiff's counsel contacted counsel for the United States to determine whether or not the United States would likewise agree to early neutral evaluation with Judge Futey. Counsel for the United States stated that they had not been advised by their client whether or not it would agree to participate in the Court's ADR program. Since then, Plaintiff's counsel have not heard further from counsel for the

/ / /

/ / /

United States and, therefore, do not know whether the United States will agree to submit this matter to early neutral evaluation or not.

Dated: April 18, 2008.

Respectfully submitted,

s/ James M. Garner

JAMES M. GARNER (Of Record)
JOSHUA S. FORCE (Of Counsel)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

Attorneys for Plaintiff
CANAL 66 PARTNERSHIP d/b/a DOUBLETREE HOTEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 18, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

s/ James M. Garner
JAMES M. GARNER