IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANAL 66 PARTNERSHIP d/b/a DOUBLETREE HOTEL, | ) | |
| Plaintiff, | ) | No. 08-88C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant, the United States, submits this Status Report pursuant to the March 19, 2008 Order issued by the Honorable Bohdan A. Futey. Defendant hereby informs the Court that it does not agree to participate in the Court's Alternative Dispute Resolution program in accordance with General Order No. 44 of the United States Court of Federal Claims.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-0041
Fax: (202) 514-8624

April 22, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 22nd day of April, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek