# In the United States Court of Federal Claims

**No. 08-88C ADR Pilot**

**(Filed April 23, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CANAL 66 PARTNERSHIP** *
**d/b/a DOUBLETREE HOTEL,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Plaintiff's Status Report filed on April 18, 2008, and Defendant's Status Report filed on April 22, 2008, the parties have not agreed to participate in early neutral evaluation. If plans change, the parties shall advise the court accordingly.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

**cc: Judge Mary Ellen Coster Williams**