IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANAL 66 PARTNERSHIP<br>d/b/a DOUBLETREE HOTEL | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-88C<br>(Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

**PARTIES AND JURISDICTION**

1. Admits.

2. Admits.

3. The allegations contained in paragraph 3 constitute plaintiff's characterization of its case and conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. The allegations contained in paragraph 4 constitute plaintiff's characterization of its case and conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

**FACTS**

5. Denies the allegations contained in paragraph 5 for lack of knowledge or information sufficient to form a belief as to their truth.

6. Denies the allegations contained in paragraph 6 for lack of knowledge or information sufficient to form a belief as to their truth.

7. Denies the allegations contained in paragraph 7 for lack of knowledge or information sufficient to form a belief as to their truth.

8. Denies the allegations contained in paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth.

9. Denies the allegations contained in paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth.

10. Denies the allegations contained in paragraph 10 for lack of knowledge or information sufficient to form a belief as to their truth.

11. Denies the allegations contained in paragraph 11 for lack of knowledge or information sufficient to form a belief as to their truth.

12. Denies the allegations contained in paragraph 12 for lack of knowledge or information sufficient to form a belief as to their truth.

13. Denies the allegations contained in paragraph 13 for lack of knowledge or information sufficient to form a belief as to their truth.

14. Denies the allegations contained in paragraph 14 for lack of knowledge or information sufficient to form a belief as to their truth.

15. Admits the allegations contained in paragraph 15 to the extent they are supported by the document cited, which is the best evidence of it contents; otherwise denies the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16 to the extent they are supported by the document cited, which is the best evidence of their its contents; otherwise denies the allegations contained in paragraph 16.

17. Admits the allegations contained in paragraph 17 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained in paragraph 18 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 18.

19. Admits the allegations contained in paragraph 19 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

20. Admits the allegations contained in paragraph 20 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. Admits the allegations contained in paragraph 21 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 21.

22. Admits the allegations contained in paragraph 22 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 22.

23. Denies the allegations contained in paragraph 23 for lack of knowledge or information sufficient to form a belief as to their truth.

24. Denies the allegations contained in paragraph 24 for lack of knowledge or information sufficient to form a belief as to their truth.

25. Denies the allegations contained in paragraph 25 for lack of knowledge or information sufficient to form a belief as to their truth.

26. Denies the allegations contained in paragraph 26 for lack of knowledge or information sufficient to form a belief as to their truth.

27. Denies the allegations contained in paragraph 27 for lack of knowledge or information sufficient to form a belief as to their truth.

28. Denies the allegations contained in paragraph 28 for lack of knowledge or information sufficient to form a belief as to their truth.

29. Denies the allegations contained in paragraph 29 for lack of knowledge or information sufficient to form a belief as to their truth.

30. Denies the allegations contained in paragraph 30 for lack of knowledge or information sufficient to form a belief as to their truth.

31. Denies the allegations contained in paragraph 31 for lack of knowledge or information sufficient to form a belief as to their truth.

32. Admits the allegations contained in paragraph 32 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 32.

33. The allegation contained in paragraph 33 constitutes a conclusion of law to which no answer is required; to the extent that it may be deemed an allegation of fact, it is denied.

34. Admits the allegations contained in paragraph 34 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 34.

35. Admits the allegations contained in paragraph 35 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 35.

36. Denies the allegations contained in paragraph 36 for lack of knowledge or information sufficient to form a belief as to their truth.

37. Denies the allegations contained in paragraph 37 for lack of knowledge or information sufficient to form a belief as to their truth.

38. Denies the allegations contained in paragraph 38 for lack of knowledge or information sufficient to form a belief as to their truth.

39. Denies the allegations contained in paragraph 39 for lack of knowledge or information sufficient to form a belief as to their truth.

40. Denies the allegation contained in the first sentence in paragraph 40 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the remainder of the allegations contained in paragraph 40 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 40.

41. Admits the allegations contained in paragraph 41 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 41.

42. Admits the allegations contained in paragraph 42 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 42.

43. Admits the allegations contained in paragraph 43 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 43.

44. Denies the allegations contained in paragraph 44 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the remainder of the allegation contained in paragraph 44 to the extent that they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 44.

45. Admits the allegations contained in paragraph 45 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 45.

46. Admits the allegations contained in paragraph 46 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 46.

47. Admits the allegations contained in paragraph 47 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 47.

48. The allegations contained in paragraph 48 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

**LIABILITY OF DEFENDANT**

49. The allegation contained in paragraph 49 constitutes a conclusion of law to which no answer is required; to the extent that it may be deemed an allegation of fact, it is denied.

50. Denies the allegations contained in paragraph 50 for lack of knowledge or information sufficient to form a belief as to their truth.

51. Denies.

52. Denies.

53. Denies the allegations contained in paragraph 53 for lack of knowledge or information sufficient to form a belief as to their truth.

54. Denies the allegations contained in paragraph 54 for lack of knowledge or information sufficient to form a belief as to their truth.

55. Denies.

56. Denies.

57. Denies.

## REQUEST FOR RELIEF AND DAMAGES

## COUNT I

58. Defendant's responses to paragraphs 1 through 57 of the complaint are incorporated by reference.

59. The allegations contained in paragraph 59 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

60. The allegations contained in paragraph 60 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

61. The allegations contained in paragraph 61 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

62. Denies.

63. Denies.

64. Denies.

65. Denies the allegations contained in the first sentence of paragraph 65. Admits the allegations contained in the second sentence of paragraph 65 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 65.

66. Admits the allegations contained in paragraph 66 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 66.

67. Admits the allegations contained in paragraph 67 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 67.

68. The allegations contained in paragraph 68 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

69. Denies.

70. The allegations contained in paragraph 70 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

71. The allegations contained in paragraph 71 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

72. Denies.

## COUNT II

73. Defendant's responses to paragraphs 1 through 72 of the complaint are incorporated by reference.

74. The allegations contained in paragraph 74 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

75. Denies the allegations contained in paragraph 75 for lack of knowledge or information sufficient to form a belief as to their truth.

76. Denies the allegations contained in paragraph 76 for lack of knowledge or information sufficient to form a belief as to their truth.

77. Denies the allegations contained in paragraph 77 for lack of knowledge or information sufficient to form a belief as to their truth.

78. Denies the allegations contained in paragraph 78 for lack of knowledge or information sufficient to form a belief as to their truth.

79. The allegations contained in paragraph 79 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied

80. The allegations contained in paragraph 80 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

81. Denies.

## COUNT III

82. Defendant's responses to paragraphs 1 through 81 of the complaint are incorporated by reference.

83. The allegations contained in paragraph 83 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

84. The allegations contained in paragraph 84 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

85. Denies the allegations contained in paragraph 85 for lack of knowledge or information sufficient to form a belief as to their truth.

86. The allegations contained in paragraph 86 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

**COUNT IV**

87. Defendant's responses to paragraphs 1 through 86 of the complaint are incorporated by reference.

88. Denies.

**COUNT V**

89. Defendant's responses to paragraphs 1 through 88 of the complaint are incorporated by reference.

90. The allegations contained in paragraph 90 constitute plaintiff’s characterizations of its case and conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact; they are denied.

91. The allegations contained in paragraph 91 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

92. The allegations contained in paragraph 92 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

93. The allegations contained in paragraph 93 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

94. Denies.

95. The allegations contained in paragraph 95 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied

96. Denies.

97. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 96; or to any relief whatsoever.

98. Denies each and every allegation not previously admitted or otherwise qualified.

## CONCLUSION

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Washington, DC 20530
Phone: (202) 353-9303
Facsimile: (202) 514-8624

May 29, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, a copy of foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek