# In the United States Court of Federal Claims

**No. 08-88C**
**(Filed: July 24, 2008)**

| | |
|---|---|
| **CANAL 66 PARTNERSHIP d/b/a DOUBLETREE HOTEL,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER

The Court will hold the preliminary scheduling conference in this case, via telephone, on **July 29, 2008 at 11 AM, ET.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**