# In the United States Court of Federal Claims

**No. 08-88C**
**(Filed: July 30, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CANAL 66 PARTNERSHIP d/b/a DOUBLETREE HOTEL,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**PRELIMINARY SCHEDULING ORDER**

---

On July 29, 2008, the Court held the preliminary scheduling conference. The Court issues the following schedule for briefing on liability:

| | | |
|---|---|---|
| 1. | **September 12, 2008** | Defendant's Motion for Summary Judgment is due; |
| 2. | **October 10, 2008** | Plaintiff's Cross-Motion for Summary Judgment and Response is due; |
| 3. | **October 21, 2008** | Defendant's Response to Plaintiff's Cross-Motion and Reply is due; |
| 4. | **November 4, 2008 (by noon)** | Plaintiff's Reply is due; |
| 5. | **November 5, 2008** | Oral argument will be held in New Orleans, LA. |

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**