# In the United States Court of Federal Claims

**No. 08-88C**
**(Filed: September 11, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CANAL 66 PARTNERSHIP d/b/a DOUBLETREE HOTEL,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## AMENDED SCHEDULING ORDER

---

On September 10, 2008, the Court held a status conference in which the parties moved to amend the July 30, 2008 scheduling order. The Court grants the parties' motion and amends the scheduling order as follows:

| | | |
|---|---|---|
| 1. | **November 4, 2008** | Defendant's Motion for Summary Judgment is due; |
| 2. | **December 31, 2008** | Plaintiff's Cross-Motion for Summary Judgment and Response is due; |
| 3. | **January 15, 2008** | Defendant's Response to Plaintiff's Cross-Motion and Reply is due; |
| 4. | **January 30, 2008** | Plaintiff's Reply is due; |

Oral Argument will be scheduled at a later date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**